UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RAYMOND E. WADKINS, JR.,<br><br>Plaintiff<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>Defendant | CAUSE NO. 2:18-CV-407 RLM-JPK |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation on plaintiff's appeal from the final decision of the Commissioner of Social Security [Doc. No. 20]. Accordingly, the court ADOPTS those findings and the recommendation, REVERSES the Commissioner's decision, and REMANDS this case to the Social Security Administration for further proceedings.

SO ORDERED.

ENTERED:  January 6, 2020

/s/ Robert L. Miller, Jr.
Judge
United States District Court